Joshua W. Denbeaux # 013871996
Denbeaux & Denbeaux
366 Kinderkamack Road
Westwood, New Jersey 07675
(201) 664-8855 / Fax: (201) 666-8589
*Attorneys for Plaintiff Eric Abramson*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC ABRAMSON<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-34 MORTGAGE PASS-THROUGH CERTIFICATES; RESIDENTIAL CREDIT SOLUTIONS, INC.; BANK OF AMERICA, N.A. JOHN DOES I-X,<br><br>Defendants. | Case No. 2:15-cv-05666-KSH-CLW<br><br>STIPULATION OF DISMISSAL |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be dismissed with prejudice and without cost against all parties.

        Denbeaux & Denbeaux
        *Attorneys for Plaintiff*
        *Eric Abramson*

Dated: September 25, 2017    */s/Joshua W. Denbeaux*
                                     By: Joshua W. Denbeaux, Esq.

                              Winston & Strawn LLP
                              *Attorneys for Defendant*
                              *Bank of America, N.A.*

Dated: September 25, 2017     */s/ Heather Elizabeth Saydah*
                              By: Heather Elizabeth Saydah, Esq.


                              Goodwin Procter LLP
                              *Attorneys for Defendants*
                              *Bank of New York Mellon Trustee*
                              *and Residential Credit Solutions,*
                              *Inc.*

Dated: September 25, 2017     */s/ Todd A. Boock*
                              By: Todd A. Boock, Esq.

So ordered: 9/27/17

*[signature]*